UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DAN BENNETT and KAREN BENNETT,   )
                                 )
       Plaintiffs          )
                                 )    No. 3:08-1212
v.                             )    Judge Echols/Brown
                                 )
CMH HOMES, INC. d/b/a LUV     )
NASHVILLE and SOUTHERN ENERGY  )
HOMES RETAIL CORPORATION d/b/a  )
SOUTHERN ENERGY HOMES, INC.,   )
                                 )
       Defendants         )

**O R D E R**

A case management conference was held with the parties in this matter on June 9, 2010. Plaintiff's counsel advised that his client was now in a position to proceed forward with the case. They anticipate that there will be some expert testimony given the nature of the complaint.

Accordingly, any party having the burden on an issue shall make their expert disclosures by **August 27, 2010**, and the party responding shall make their expert disclosures by **September 24, 2010**. All discovery, including experts, will close **November 5, 2010**.

No discovery dispute-related motions will be filed unless the parties have first conducted a telephone conference with the Magistrate Judge about the matter.

The parties shall file dispositive motions on or before **December 2, 2010**. The parties shall file responses to any such motions on or before **December 23, 2010**. The parties shall file

replies, limited to _five_ _pages_, on or before **January 10, 2011**. Should dispositive motions be filed early, the response and reply dates will be moved up accordingly.

The parties advised that they had had some limited discussion about the possibility of alternative dispute resolution. The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at any time upon their request.

The parties still believe that this case will take approximately three days to try with a jury. Judge Echols will issue a separate order setting the date for trial and covering his requirements for the final pretrial conference and the trial.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2